In the Matter of ETTA TARNOPOL, Respondent, against CHARLES ABRAMS, as State Rent Administrator, et al., Defendants, and SARAH NIOUCEL, Intervenor-Appellant.—

No opinion. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow, Rabin and Cox, JJ.

